# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| KERRY M. VINE, an individual, | [Assigned to Honorable Otis D. Wright] |
| Plaintiff, | Case No.: CV08-06974 ODW (AGRx) |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS BURBANK-GLENDALE-PASADENA AIRPORT AUTHORITY, LOUIE A. KEMP dba BACKGROUNDS UNLIMITED AND SCOTT CARTER** |
| PASADENA-GLENDALE-BURBANK AIRPORT AUTHORITY, LOUIE A. KEMP JR., doing business as BACKGROUNDS UNLIMITED and SCOTT CARTER, and DOES 1 through 10, inclusive | |
| Defendant(s). | [Federal Rules of Civil Procedure, Rule 58(a)(1)] |
| | Hearing Date: August 24, 2009 |
| | Time: 1:30 pm. |
| | Courtroom: 11 |
| | Complaint Filed: September 22, 2008 |
| | Trial Date October 27, 2009 |

1  This action came on for hearing before the Court, on August 24, 2009, Honorable
2  Otis D. Wright, District Judge presiding, on a Motion for Summary Judgment, and the
3  evidence presented having been fully considered, the issues having been duly heard and a
4  decision having been duly rendered,

5  IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor
6  of Defendants BURBANK-GLENDALE-PASADENA AIRPORT AUTHORITY,
7  LOUIE A. KEMP dba BACKGROUNDS UNLIMITED and SCOTT CARTER and
8  against Plaintiff KERRY VINE, that the action be dismissed on the merits and that
9  Defendants are entitled to their costs and fees in the amount of $ ___TBD_____.

Dated: September 9, 2009

HONORABLE OTIS D. WRIGHT, II