UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-6974 ODW (AGRx) | Date | October 22, 2009 |
| Title | Kerry M. Vine v. Pasadena-Glendale-Burbank Airport Authority, *et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (IN CHAMBERS):** **Order DENYING Defendant Burbank-Glendale-Pasadena Airport Authority's Motion for Attorney's Fees [34] (Filed 9/24/09)**

The Supreme Court has held that a plaintiff in a Title VII action "should not be assessed his opponent's attorney's fees unless a court finds that his claim was frivolous, unreasonable, or groundless, or that the plaintiff continued to litigate after it clearly became so." *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 422 (1978); *see also Brown v. Lucky Stores, Inc.*, 246 F.3d 1182, 1190 (9th Cir. 2001) (noting that the same standard applies to ADA claims). Here, the Court finds that Plaintiff's claims were not frivolous, unreasonable, etc.  Accordingly, Defendant's Motion for Attorney's Fees is DENIED in its entirety.

-- : 00

Initials of Preparer    RGN